**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Case No: 25-cr-0028 (ECT/DJF) |
| Plaintiff, | **ORDER ON MOTION FOR CONTINUANCE OF MOTION FILING DATE AND MOTION HEARING** |
| v. | |
| Burhan Mohamed Hassan, | |
| Defendant. | |

This matter is before the Court on Defendant Burhan Mohamed Hassan's Unopposed Motion for Continuance of Motion Filing Date and Motion Hearing (ECF No. 24) ("Motion"). The Motion seeks a 30-day extension of time to file pretrial motions, to continue the motions hearing, and to exclude time from the Speedy Trial Act calculations in this case. As grounds for the requested continuance, defense counsel states that there is a significant amount of discovery and additional time is needed for Mr. Hassan to review it with counsel before deciding whether pretrial motions are necessary. Defense counsel further states that Mr. Hassan has several state cases pending and needs time to consult with his counsel and decide how to proceed in light of those cases. Government counsel has no objection to the requested continuance. The Court has reviewed the Motion (ECF No. 24) and the Statement of Facts (ECF Nos. 25) and finds good cause for a continuance.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for a Continuance of Motion Filing Date and Motion Hearing (ECF No. 24) is **GRANTED** as follows:

1. Defendant's pretrial motions must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **June 27, 2025**.

2. **Counsel must electronically file a letter on or before June 27, 2025, if no motions will be filed and there is no need for hearing**.

3. All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **July 11, 2025**, in accordance with Local Rule 12.1(c)(3)(A).

4. Any Responsive Notice of Intent to Call Witnesses must be filed by **July 14, 2025**, in accordance with Local Rule 12.1(c)(3)(B).

5. The arraignment and motions hearing currently scheduled for **June 23, 2025 at 1:30 p.m.** are **CANCELED**.

6. An arraignment will be held on **July 24, 2025 at 9:30 a.m.** in **Courtroom 8E** United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

7. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(b) and (c) if:

    a. The United States makes timely disclosures and the Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

8. If required, a motions hearing will be held before Magistrate Judge Dulce J. Foster on **July 24, 2025 at 9:30 a.m.**, in **Courtroom 8E**, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

9. Trial and trial related dates will be set by separate Order.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. This finding is based on all the files and proceedings herein, including the facts set forth in the motion and the supporting documents. Accordingly, the period of time from

**May 28, 2025,** the prior motions deadline, **through June 27, 2025,** the new motions deadline, shall be excluded from the Speedy Trial Act computations in this case.

Dated:  May 28, 2025                      *s/ Dulce J. Foster*
                                          DULCE J. FOSTER
                                          United States Magistrate Judge